UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JING JING LIN,<br><br>    Plaintiff,<br><br> v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>    Defendants. | NO. C18-1620 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

 The parties hereby stipulate and agree as follows:

 This matter is resolved and may be dismissed with prejudice and without costs or fees to any party.

STIPULATION FOR ORDER OF DISMISSAL
No. C18-1620 RSM 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Respectfully submitted and presented by,

Dated this 13th day of February, 2019.

BRIAN T. MORAN
United States Attorney

| | |
|---|---|
| */s/ Patricia D. Gugin* | */s/ Jing Jing Lin* |
| PATRICIA D. GUGIN, WSBA # 43458 | JING JING LIN |
| Assistant United States Attorney | 209 Kay Ave. |
| United States Attorney's Office | Burlington, WA 98233 |
| 1201 Pacific Avenue, Suite 700 | 929-231-2263 |
| Tacoma, Washington 98402 | E-mail: Dennislin2013@hotmail.com |
| Phone: 253-428-3832 | |
| E-mail: pat.gugin@usdoj.gov | Plaintiff Pro Se |

Attorneys for Defendants

STIPULATION FOR ORDER OF DISMISSAL
No. C18-1620 RSM 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the case is dismissed with prejudice and without costs or fees for any party.

DATED this 14th day of February 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDER OF DISMISSAL
No. C18-1620 RSM 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Jing Jing Lin
Dennislin2013@hotmail.com

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 13th day of February, 2019.

*/s/ Rebecca L. Clauson*
Rebecca L. Clauson, Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
E-mail: Rebecca.clauson@usdoj.gov

STIPULATION FOR ORDER OF DISMISSAL
No. C18-1620 RSM 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800